GERALD A. EMANUEL (SBN 61049)
JOEL P. WAELTY (SBN 226728)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Tel.: (408) 246-5500
Fax: (408) 246-1051
E-Mail: jemanuel@hinklelaw.com; jwaelty@hinklelaw.com

Attorneys for Plaintiff
VICTOR ROBLES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ROBLES,<br><br>  Plaintiff,<br><br>vs.<br><br>GILLIG LLC; GILLIG CORPORATION; and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. C10-03827 SC<br><br>**JOINT STIPULATION FOR ADDITIONAL TIME TO FILE A MOTION TO REMAND** |

IT IS HEREBY STIPULATED by and through the attorneys of record:

1. That Plaintiff will have an additional two weeks to file a motion to remand on any grounds, including and up to October 18, 2010.

2. That Defendant will not raise timeliness of the Motion to Remand in opposition thereto, *For the period of time extended by this stipulation.*

---

STIPULATION FOR ADDITIONAL TIME TO FILE A MOTION TO REMAND

IT SO STIPULATED:

Dated: September 24, 2010          HINKLE, JACHIMOWICZ, POINTER & EMANUEL

                                   By: _____
                                       Gerald A. Emanuel
                                       Joel P. Waelty
                                       Attorneys for Plaintiff Victor Robles


Dated: September 24, 2010          LOMBARDI, LOPER & CONANT, LLP

                                   By: _____
                                       Gaylynn K. Conant
                                       Peter Glaesner
                                       Attorneys for Defendant GILLIG, LLC


IT IS SO ORDERED:

Dated: September 24, 2010          
                                   _____
                                   Judge of...
                                   Judge Samuel Conti