Gerald A. Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
E-Mail: jemanuel@hinklelaw.com; jwaelty@hinklelaw.com

Attorneys for Plaintiff
VICTOR ROBLES

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ROBLES, <br><br> Plaintiff, <br><br> v. <br><br> GILLIG LLC; GILLIG CORPORATION; and DOES 1-50, inclusive, <br><br> Defendants. | No. C 10-03827 SC <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF ALLEGATIONS IN COMPLAINT** |

COMES NOW Plaintiff, Victor Robles, by and through his attorney Joel P. Waelty of Hinkle, Jachimowicz, Pointer & Emanuel, respectfully notifies this Court that Plaintiff hereby voluntarily dismisses with prejudice the entirety of Paragraphs 12 and 13, as well as a portion of Paragraph 18 of his Complaint, filed July 29, 2010 in the Superior Court of Alameda County, California, and removed to this Court on or about August 27, 2010.

Plaintiff voluntarily dismisses with prejudice the allegations contained in Paragraphs 12 and 13 of his Complaint in their entirety.

Plaintiff also hereby voluntarily dismisses with prejudice a portion of the allegations contained in Paragraph 18 of his Complaint. The portion of Paragraph 18 to

be voluntarily dismissed is:

> 18. ... stating "since you are unable at this time to successfully complete your introductory period, your employment has been terminated effective the date of this letter."

Therefore, the <u>remaining portion</u> of Paragraph 18, <u>not dismissed</u>, should allege:

> 18. On or about May 13, 2009, GILLIG sent Plaintiff a termination letter.

DATED: September 27, 2010        HINKLE, JACHIMOWICZ, POINTER & EMANUEL

/S/
_____
JOEL P. WAELTY, ESQ.
Attorney for Plaintiff
VICTOR ROBLES

Gerald A. Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
E-Mail: jemanuel@hinklelaw.com; jwaelty@hinklelaw.com

Attorneys for Plaintiff
VICTOR ROBLES

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ROBLES, | No. C 10-03827 SC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | RE: PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF ALLEGATIONS IN COMPLAINT |
| GILLIG LLC; GILLIG CORPORATION; and DOES 1-50, inclusive, | |
| Defendants. | |

BASED ON PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF ALLEGATIONS IN COMPLAINT:

IT IS HEREBY ORDERED that the cited portions of Plaintiff's Complaint be dismissed with prejudice.

Date: _10/4/10_____.

Judge _____

*IT IS SO ORDERED*
*Judge Samuel Conti*